TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MICHAEL R. LIZANO
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: michael.perez-lizano@usdoj.gov
Attorneys for Plaintiff

FILED
2025 APR -9 PM 5:31
K US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-01807 TUC-SHR(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No.: |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| | **(UNDER SEAL)** |
| vs. | Violations: |
| 1. Jason Felipe Gutierrez-Sandoval,<br>(Counts 1, 2) | 21 U.S.C. § 846<br>(Conspiracy to Distribute Fentanyl)<br>Count 1 |
| 2. Jadel Monique Lopez,<br>(Counts 1, 3), | 21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(A)(vi), 18 U.S.C. § 2<br>(Possession with Intent to Distribute<br>Fentanyl, Aiding and Abetting)<br>Counts 2, 3 |
| Defendants. | |
| | 21 U.S.C. § 853<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning from a time unknown, to on or about March 3, 2023, in the District of Arizona, JASON FELIPE GUTIERREZ-SANDOVAL and JADEL MONIQUE LOPEZ did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the Grand Jury to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about January 26, 2023, in the District of Arizona, JASON FELIPE GUTIERREZ-SANDOVAL did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT 3

On or about March 3, 2023, in the District of Arizona, JADEL MONIQUE LOPEZ did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Three of this Indictment, defendants, JASON FELIPE GUTIERREZ-SANDOVAL and JADEL MONIQUE LOPEZ, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853 all right, title, and interest in (1) any property, real or personal, constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the said violations, and (2) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations.

The property to be forfeited includes but is not limited to: an amount not less than $10,000.00 in U.S. currency, which constitutes a sum of money equal to the amount of proceeds obtained as a result of the offenses.

If any of the forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendants.

All pursuant to Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: April 9, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
MICHAEL R. LIZANO
Assistant U.S. Attorney